## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Zahid N. Quraishi |
| | : | |
| v. | : | Crim. No. 24-102 |
| | : | |
| NELSON SANTOS MUNOZ | : | **SCHEDULING ORDER** |
| AMAURIS SANTOS MUNOZ | : | |

This matter having come before the Court for arraignment; and the United States being represented by Philip R. Sellinger, United States Attorney for the District of New Jersey (by Farhana C. Melo, Assistant U.S. Attorney, appearing); and the defendants Nelson Santos Munoz being represented by Paul Condon, Esq. and Amauris Santos Munoz being represented by William Strazza, Esq.; and the parties having met and conferred prior to arraignment and having determined that this matter may be treated as a criminal case that does not require extensive discovery within the meaning of paragraph 3 of this Court's Standing Order for Criminal Trial Scheduling and Discovery; and the parties having agreed on a schedule for the exchange of discovery and the filing and argument of pretrial motions; and the Court having accepted such schedule, and for good cause shown,

It is on this 5th day of March 2024, ORDERED that:

1. The Government shall provide all discovery required by Federal Rule of Criminal Procedure 16(a)(1) on or before March 29, 2024. Discovery that comes in the possession of the Government after that date shall be disclosed reasonably promptly after coming into the possession of the Government.

2. The Government shall provide exculpatory evidence, within the meaning of *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, on or before March 29, 2024. Exculpatory evidence that becomes known to the Government after that date shall be disclosed reasonably promptly after becoming known to the Government.

4. The Defendant shall provide all discovery required by Federal Rule of Criminal Procedure 16(b)(1) on or before April 12, 2024.

5. The Defendant shall provide any and all notices required by Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3 on or before April 12, 2024.

6. The following shall be the schedule for pretrial motions in this matter:

a) The Defendant shall file any and all pretrial motions, pursuant to Federal Rules of Criminal Procedure 12(b) and 41(h), in the manner set forth in L. Civ. R. 7.1, on or before April 26, 2024;

b) The Government shall file any response to the Defendant's pretrial motions on or before May 24, 2024;

c) The Defendant shall file any reply on or before June 7, 2024; and

d) Oral argument on pretrial motions (if needed) shall be held on a date and time set by the Court.

_____
Honorable Zahid N. Quraishi
United States District Judge